| | |
|---|---|
| 1 | MILBERG WEISS BERSHAD |
|   |   HYNES & LERACH LLP |
| 2 | REED R. KATHREIN (139304) |
|   | 100 Pine Street, Suite 2600 |
| 3 | San Francisco, CA  94111 |
|   | Telephone:  415/288-4545 |
| 4 | 415/288-4534 (fax) |
|   |       - and - |
| 5 | WILLIAM S. LERACH (68581) |
|   | DARREN J. ROBBINS (168593) |
| 6 | 600 West Broadway, Suite 1800 |
|   | San Diego, CA  92101 |
| 7 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 8 | |
|   | FRUCHTER & TWERSKY |
| 9 | JACK FRUCHTER |
|   | 60 East 42nd Street, 47th Floor |
| 10 | New York, NY  10165 |
|   | Telephone:  212/687-6655 |
| 11 | 212/557-6151 (fax) |
| 12 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRY WAGNER, On Behalf of Himself and All Others Similarly Situated, | ) No. C-01-3951-JL ) |
| Plaintiff, | ) <u>CLASS ACTION</u> ) |
| vs. | ) NOTICE OF RELATED CASE ) |
| LOUDCLOUD, INC., GOLDMAN SACHS & CO., MORGAN STANLEY & CO. INC., THOMAS WEISEL PARTNERS LLC, EPOCH SECURITIES, INC., ALLEN & COMPANY INC., CIBC WORLD MARKETS CORP., DAIN RAUSCHER INCORPORATED, RAYMOND JAMES & ASSOCIATES, INC., ROBERTSON STEPHENS, INC., WIT SOUNDVIEW CORP., MARC L. ANDREESSEN, BENJAMIN A. HOROWITZ, RODERICK M. SHERWOOD III, WILLIAM V. CAMPBELL, MICHAEL S. OVITZ and ANDREW S. RACHLEFF, | ) *Molholt v. Loudcloud, Inc., et al.*, ) No. C-01-20919-JF ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

1  TO:   THE COURT AND ALL PARTIES OF RECORD

2  Pursuant to Local Rule 3-12, plaintiff hereby gives notice of the following related action now

3  pending in the Northern District:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Molholt v. Loudcloud, Inc., et al.* | C-01-20919-JF | 09/28/01 |

The above action appears to arise from the same or substantially identical transactions, happenings or events, and calls for determination of the same or substantially identical questions of law and fact. This action is alleged as a class action and asserts claims for alleged violation of the federal securities laws.

WHEREFORE, plaintiff requests:

1.  That this action, *Wagner v. Loudcloud, Inc., et al.*, be assigned to the Honorable Jeremy Fogel, the Judge assigned to the low-numbered action, *Molholt v. Loudcloud, Inc., et al.*; and

2.  That all subsequent related actions be assigned to the Honorable Jeremy Fogel.

DATED: October 25, 2001

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
REED R. KATHREIN
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
WILLIAM S. LERACH
DARREN J. ROBBINS

_____
WILLIAM S. LERACH

600 West Broadway, Suite 1800
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

NOTICE OF RELATED CASE - No. C-01-3951-JL                                                                                  - 1 -

1 | FRUCHTER & TWERSKY
2 | JACK FRUCHTER
3 | 60 East 42nd Street, 47th Floor
4 | New York, NY  10165
  | Telephone:  212/687-6655
  | 212/557-6151 (fax)
5 | Attorneys for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF RELATED CASE - No. C-01-3951-JL                                                       - 2 -

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 600 West Broadway, Suite 1800, San Diego, California 92101.

2. That on October 25, 2001, declarant served the NOTICE OF RELATED CASE by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of October, 2001, at San Diego, California.

CORINNE N. SWEAT

NOTICE OF RELATED CASE - No. C-01-3951-JL