**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORRY WAGNER<br><br>                    Plaintiff,<br><br>     v.<br><br>LOUDCLOUD, INC.<br><br>                    Defendant, | Case Number: **CV-01-21045-JF/PVT**<br><br>**Case Management Conference**<br><br>**Monday, March 4, 2002**<br><br><br>**CLERK'S NOTICE** |

To: All Counsel and Parties in the above named action.

Due to recent case reassignment, you are hereby notified that the Court has rescheduled the initial Case Management Conference to Monday March 04, 2002 at 10:30 A.M. before the Honorable Jeremy Fogel.  ALL of the recently related cases are set for the same date.  Related cases are; CV-01-20919, CV-01-21021 and CV-01-21046-JF. Parties are required to file a Joint Case Management Statement with the Clerk's Office ten (10) days prior to March 04, 2002.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

_____        For the Court
Date                                                                        Richard W. Wieking, Clerk

                                                                                        By: _____

                                                                                        Margaret Halstead-Shick
                                                                                        Courtroom Deputy Clerk

**Note:** The United States District Court is now on the Worldwide Web. Current court calendars, procedural questions, and directions to the court can be found on our web site: