UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORRY WAGNER

       Plaintiff(s),

   v.

LOUDCLOUD, INC.

       Defendant(s).
_____/

No. C 03-00182 JSW

**CLERK'S NOTICE**

YOU ARE HEREBY NOTIFIED that the Case Management Conference set on August 15, 2003, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, before the HONORABLE JEFFREY S. WHITE was set in error and is now **VACATED**.

Richard W. Wieking
Clerk, United States District Court

By: _____/s/_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated: May 22, 2003